AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Idaho

U.S. COURTS
OCT 15 2024
Rcvd XRM Filed ____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Michael Demoura
Petitioner

v.

Idaho Department of Corrections
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. CV 24 0480-NDCN
*(Supplied by Clerk of Court)*

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: Michael Demoura
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: ON PAROLE
   (b) Address: 3658 Upper Pack River Road Sandpoint Idaho
   (c) Your identification number: # 65065
3. Are you currently being held on orders by:
   ☐ Federal authorities ☒ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Ada County Court 200 W Front ST Boise Idaho
   (b) Docket number of criminal case: CR-FE-2015-6232
   (c) Date of sentencing: 12/17
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: Served Sentance But Still on Parole

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other *(explain)*: Newly Discovered evidence Supporting my Innocense, Affidavit of Bryan Judge, Federal Question of Constitutionality

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Ada County Court 200 W. Front Street Boise Id
   (b) Docket number, case number, or opinion number: CR-FE-2015-6232
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Dismisal of Post Conviction
   (d) Date of the decision or action: 7/28/2023

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Ada County Court
   (2) Date of filing: 2017 - 2021 - 2023 - 2024
   (3) Docket number, case number, or opinion number:
   (4) Result: Dismised
   (5) Date of result: January 25th 2024
   (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Ada County Court

(2) Date of filing: 2021-22 - 2023-24 - 8-22-23

(3) Docket number, case number, or opinion number: CV01-23-08325

(4) Result: Dismissed

(5) Date of result: 2021-22 2023-24

(6) Issues raised: Ineffective Assistance of Counsel, Judge errors Innocence, Dismissal of Post Judgment motions

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: [illegible] Idaho Supreme Court

(2) Date of filing: 2023

(3) Docket number, case number, or opinion number: 50958-2023

(4) Result: Dismissed

(5) Date of result: Jan 25th 2024

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: Voluntary withdrew appeal on pressure from prosecuting attorney

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court: ____________

(2) Case number: ____________

(3) Date of filing: ____________

(4) Result: ____________

(5) Date of result: ____________

(6) Issues raised: ____________

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court: ____________

(2) Case number: ____________

(3) Date of filing: ____________

(4) Result: ____________

(5) Date of result: ____________

(6) Issues raised: ____________

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Innocent False Testimony Newly Discovered evidence (Bryan Junge letter) Points to Innocence of Petitioner

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ____________

(b) Date of the removal or reinstatement order: ____________

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: ______

(2) Case number: ______

(3) Result: ______

(4) Date of result: ______

(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court: ______

(2) Date of filing: ______

(3) Case number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Varius

(b) Name of the authority, agency, or court: Ada County Coure

(c) Date of filing: 2017 - 2022-23 2024 CR01-23-09335

(d) Docket number, case number, or opinion number: ______

(e) Result: Dismissed

(f) Date of result: ______

(g) Issues raised: ______

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Ineffective Assistance of Counsel, Judge Error, Innocence of Crime, False Imprisonment, Illegal Detention

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(EXHIBITS) ( - )

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:** Judge errors

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Exhibits

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☒ No

**GROUND THREE:** Ineffective assistance of counsel

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(Exhibit letters)

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:** False Imprisonment

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

16 Page letter From Victim of Crime Bryan Judge

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Newly Discovered Evidence Supporting my Innocence

**Request for Relief**

15. State exactly what you want the court to do: Vacation Of Sentence

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8 | 17 | 24

*Signature of Petitioner*

Pro Se

*Signature of Attorney or other authorized person, if any*