Dear Clerk

CV 24 0480-NDCN

U.S. COURTS
Rcvd WRM Filed_____ Time M01
OCT 15 2024
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Enclosed is a writ of Habeus Corpos along with Exhibits (A)-(D) and a motion for the appointment of counsel attached for filing in this case Please forward me a copy of the docket once it is filed to my address

Mr. Michael Demoura
3658 Upper Pack River Road
Sandpoint Idaho 83864

Also Please send a record of when the Respondants are served with such writ

Thank you very kindly

Sincerely,
Michael Demoura #65065

